DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KARA O'CONNELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2023-1358
_____

February 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly Fernandez, Judge.

Kara Allya O'Connell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.